UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                :

RODNEY BROWN,                :

          Plaintiff,          :

                :          07 Civ. 5753 (GEL)

      -v-                :

                :          **ORDER**

DEPARTMENT OF CORRECTIONAL   :
SERVICES, et al.,               :

         Defendants.      :

------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

       On October 23, 2007, the Court received a communication from Rodney Brown dated October 16, 2007, which states that he is being denied medical treatment from the Department of Correctional Services, and is being penalized for requesting medical care. Plaintiff requests the assistance of the Court in this matter.

       This Court can only make rulings based on motions filed by and regarding either plaintiff or those defendants who are properly served. Therefore, if the actions about which Brown complains are related to the current lawsuit, then the Court will deal with those complaints in the course of Brown's prosecution of the lawsuit.

       If the actions about which Brown complains are unrelated to the current lawsuit, then he should file another lawsuit. Brown is reminded that before filing a federal action relating to prison issues, the Prison Litigation Reform Act requires him to exhaust any available administrative grievance procedure within the State Department of Correctional Services. See 42 U.S.C. § 1997e(a). Brown may wish to contact the Pro-Se Office for more assistance.

Attached to Brown's letter was a collection of documents that appeared to form a part of plaintiff's medical records. These records will be returned to him.

SO ORDERED.

Dated: New York, New York
October 24, 2007

_____
GERARD E. LYNCH
United States District Judge