UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/1/07

------------------------------------x

RODNEY BROWN,                        :

              Plaintiff,        :        07 Civ. 5753 (GEL) (AJP)

       -against-            :        **ORDER SCHEDULING
                            INITIAL PRETRIAL CONFERENCE**

DEPARTMENT OF CORRECTIONAL          :
SERVICES, et al.,
                              :

            Defendants.       :

                              :

------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a conference is scheduled for Tuesday, November 6, 2007 at 2:30 p.m. before the undersigned in Courtroom 20D (500 Pearl Street). Defense counsel is to arrange for plaintiff, Mr. Brown, to appear telephonically (by placing a call to chambers at 212-805-0036 at the scheduled time).

The parties are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

SO ORDERED.

Dated:    New York, New York
          November 1, 2007

                                    **Andrew J. Peck**
                                    United States Magistrate Judge

Copies to:    Rodney Brown (Mail)
             Alan Rosinus, Esq. (Fax)
             Judge Gerard E. Lynch

C:\ORD\Order Scheduling Status Conference