**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/07

THE CITY OF NEW YORK

**LAW DEPARTMENT**

MICHAEL A. CARDOZO
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

ABIGAIL GOLDENBERG
phone: 212-788-1275
fax: 212-788-0940
email: abgolden@law.nyc.gov

October 30, 2007

**BY HAND**

Hon. Gerard E. Lynch
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 910
New York, New York 10007

        Re:  <u>Rodney Brown v. Dept. of Correctional Services et al.</u>,
            07 Civ. 5753 (GEL)

Dear Judge Lynch:

        I am an Assistant Corporation Counsel in the Office of the Corporation Counsel Michael A. Cardozo. I write on behalf of defendant Department of Correction ("DOC") to respectfully request a 30 day extenstion of time, from October 31, 2007, until November 30, 2007, for DOC to respond to the complaint.[1] The additional time is necessary to investigate the plaintiff's factual allegations and legal claims, and to prepare defendants' response to the complaint. Further, the additional time may allow for the proper service of the individual defendants (*see* Fn. 1), which may streamline the pleadings by allowing a single response to be interposed.

---

[1] With respect to the individually named defendants, Feliciano and "Gorge," those defendants have not yet been properly served. While, upon information and belief, a summons and complaint was delivered to the individual defendants' place of business (Rikers Island), such service by itself is not sufficient. Pursuant to CPLR 308(2), service may be effected by "delivering the summons within the state to a person of suitable age and discretion at the actual place of business" <u>and</u> "mailing the summons by first class mail to the person to be served at his or her actual place of business in a envelope bearing the legend 'personal and confidential.'" Upon information and belief, and as evidenced by the Process Receipt and Return filed by the U.S Marshall service, a copy of the summons and complaint were not mailed to the defendants at their place of business, as required by CPLR 308(2).

**SO ORDERED**

*[signature]*

GERARD E. LYNCH. U.S.D.J.
10/31/07

This is the first request for an extension of time in this matter. As plaintiff is incarcerated and proceeding *pro se*, I was not able to obtain his prior consent to this request.

Thank you for your consideration of this request for an extension of time to respond to the complaint until November 30, 2007.

Respectfully,

Abigail Goldenberg (AG 4378)
Assistant Corporation Counsel

cc:    Via overnight mail
       Rodney Brown
       Plaintiff *pro se*
       #07-A-4616
       Franklin Correctional Facility
       62 Bare Hill Rd
       PO Box 10
       Malone, NY 12953

2