AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

Case Number: 07CV5753 (GEL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
PLAINITFF RODNEY BROWN

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/15/2008 | *[signature: Nicole Bellina]* |
| Date | Signature |
| | NICOLE BELLINA — NB7154 |
| | Print Name / Bar Number |
| | 71 NEVINS ST |
| | Address |
| | BROOKLYN, NY 11217 |
| | City / State / Zip Code |
| | (718) 852-4491 / (718) 852-3586 |
| | Phone Number / Fax Number |