# STOLL, GLICKMAN & BELLINA<sup>LLP</sup> ATTORNEYS AT LAW

71 Nevins Street
Brooklyn, NY 11217

P: (718) 852-3710
F: (718) 852-3586

www.stollglickman.com





RECEIVED
JAN 15 2008
CHAMBERS OF
ANDREW J. PECK

Chambers of the Hon. Magistrate Andrew J. Peck
U.S. District Court, SDNY
500 Pearl St. Rm. 1370
New York, NY 10007
BY FAX

January 15, 2008

Re: <u>Rodney Brown v. City of New York et al</u>. 07CV5753(GEL)(AJP)

Your Honor-

I have been retained by Mr. Brown in connection with the above case. I have included a copy of my notice of appearance which was filed on ECF today.

I understand that there is a response pending in connection with defendants' motion to remand the case to state court. I have discussed this issue with Mr. Brown and we will consent to the remand.

Please let me know if there is additional paperwork you need from me. Thank you for your assistance.

Sincerely Yours,

Nicole Bellina
718 852 4491

cc: ACC Alan Rosinus (BY FAX)

**MEMO ENDORSED** 1/15/08

The pending motion is not one to "remand" but to dismiss for lack of federal question, i.e., that the complaint by plaintiff's prior counsel alleged only state law claims. Brown's counsel can produce an amended complaint, by close of business 1/17/08, that clearly asserts a federal claim (or be limited to a damages remedy in state court). So ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

Copies by fax to counsel
Judge Lynch

**BY FAX**

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

## APPEARANCE

Case Number: 07CV5753 (GEL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
PLAINITFF RODNEY BROWN

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/15/2008 | *(signature)* |
| Date | Signature |
| | NICOLE BELLINA     NB7154 |
| | Print Name     Bar Number |
| | 71 NEVINS ST |
| | Address |
| | BROOKLYN    NY    11217 |
| | City    State    Zip Code |
| | (718) 852-4491     (718) 852-3586 |
| | Phone Number     Fax Number |

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated:   January 16, 2008                              Total Number of Pages:  3

| TO | FAX NUMBER |
|---|---|
| Nicole Bellina, Esq. | 718-852-3586 |
| Abigail Goldenberg, Esq. / Alan Rosinus, Esq. | 212-788-0940 |
| | |

# TRANSCRIPTION:

MEMO ENDORSED 1/15/08

The pending motion is not one to "remand" but to dismiss for lack of a federal question, i.e., that the complaint is for negligence. Both counsel are to advise the Court by fax, by close of business 1/17/08 whether they consent to a dismissal without prejudice and without costs (allowing plaintiff to bring a new action in state court).

Copy to:   Judge Gerard E. Lynch