UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

RODNEY BROWN,

          Plaintiff,

      -against-

DEPARTMENT OF CORRECTIONAL
SERVICES, et al.,

          Defendants.
------------------------------------- x

07 Civ. 5753 (GEL) (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

The parties having agreed (see attached letters), IT IS HEREBY ORDERED THAT this action is dismissed without prejudice and without costs. All pending motions are to be terminated as moot.

      SO ORDERED.

DATED:     New York, New York
               January 17, 2008

                                           Andrew J. Peck
                                         United States Magistrate Judge

Copies **by fax & ECF** to:    Nicole Bellina, Esq.
                                    Abigail Goldenberg, Esq.
                                    Judge Gerard E. Lynch

C:\ORD\Dismiss.AJP

# STOLL, GLICKMAN & BELLINA ATTORNEYS AT LAW

71 Nevins Street
Brooklyn, NY 11217
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com



RECEIVED
JAN 17 2008
CHAMBERS OF
ANDREW J. PECK

January 17, 2008

Honorable Magistrate Andrew J. Peck
U.S. District Court, SDNY
500 Pearl St. Rm. 1370
New York, NY 10007
BY FAX

Re: <u>Rodney Brown v. City of New York et al.</u> 07CV5753(GEL)(AJP)

Your Honor-

Pursuant to the Court's January 15, 2008 order in the above referenced action, plaintiff consents to a dismissal of the action without prejudice and without costs thereby allowing plaintiff to re-file in state court.

Thank you for your time in this matter.

Sincerely Yours,

Nicole Bellina
718 852 4491

cc: ACC Alan Rosinus (BY FAX)

JAN 16 2008
CHAMBERS OF
ANDREW J. PECK



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ABIGAIL GOLDENBERG
phone: 212-788-1275
fax: 212-788-0940
email: abgolden@law.nyc.gov

January 16, 2008

**BY FACSIMILE**
Hon. Andrew J. Peck
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1370
New York, New York 10007

    Re:  Rodney Brown v. Dept. of Correctional Services et al.,
          07 Civ. 5753 (GEL) (AJP)

Dear Judge Peck:

    Pursuant to the Court's January 15, 2008 order in the above referenced action, we write to indicate that defendants consent to a dismissal of the action without prejudice and without costs.

    Thank you for your attention to this matter.

Respectfully,

Abigail Goldenberg (AG 4378)
Assistant Corporation Counsel

cc:    By facsimile, Nicole Bellina, Attorney for plaintiff Rodney Brown